Scott N. Hunt OSB# 923433
shunt@busseandhunt.com
BUSSE & HUNT, LLC
1025 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone: (503)248-0504

Attorney for Plaintiff *Eric A. Johnson*

Helen M. McFarland OSB# 013176
hmcfarland@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Ste. 4700
Seattle, WA 98104
Telephone: (206) 946-4923
Facsimile: (206) 299-9974

Alfred L. Sanderson, Jr. OSB# 202714
asanderson@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant *Foster Farms, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ERIC A. JOHNSON, | Case No. 3:20-cv-02204 JR |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| FOSTER FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, | |
| Defendant. | |

1 - STIPULATION AND ORDER FOR DISMISSAL

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041

Plaintiff Eric A. Johnson ("Plaintiff") and Defendant Foster Farms, LLC ("Defendant" or "Foster Farms") hereby stipulated that this matter should be dismissed with prejudice and each side to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: August 10, 2021 | SEYFARTH SHAW, LLP |
| | *s/ Helen M. McFarland* |
| | Helen M. McFarland, OSB 013176 |
| | 999 3rd Avenue, Suite 4700 |
| | Seattle, WA 98104 |
| | T: (206) 946-4923 |
| | F: (206) 299-9974 |
| | hmcfarland@sefyarth.com |
| | |
| | *s/ Alfred L. Sanderson Jr.* |
| | Alfred L. Sanderson, Jr. OSB 202714 |
| | 560 Mission Street, 31st Floor |
| | San Francisco, CA 94105 |
| | T: (415) 397-2823 |
| | F: (415) 397-8549 |
| | asanderson@seyfarth.com |
| | |
| DATED: August 10, 2021 | BUSSE & HUNT, LLC |
| | *s/ Scott N. Hunt* |
| | Scott N. Hunt OSB 923433 |
| | 1025 American Bank Building |
| | 621 SW Morrison Street |
| | Portland, OR 97205 |
| | T: (503)248-0504 |
| | shunt@busseandhunt.com |

2 - STIPULATION AND ORDER FOR DISMISSAL

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041

ORDER

Based on the Stipulation of the Parties, this matter is DISMISSED with prejudice, with each side to bear his/its own fees and costs.

Dated: 8/11/2021

/s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

3 - STIPULATION AND ORDER FOR DISMISSAL

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041